UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN FORD,

Plaintiff,

-against-

RECREATIONAL EQUIPMENT INC.,

Defendant.

Case No. 1:26-cv-05768 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action against Defendant Recreational Equipment Inc. on July 7, 2026. *See* Dkt. 1. The Court previously directed the U.S. Marshals Service to effect service on Defendant pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3). *See* Dkt. 7.

The Marshals Service has been unable to effect service at the address previously provided for Defendant. *See* Dkt. 10. The docket, however, identifies an alternative address for Defendant:

**Recreational Equipment, Inc.**
1700 45th Street East
Sumner, WA 98390

*See* Dkt. 1 at 9.

Accordingly, the Court directs the Clerk of Court to complete a U.S. Marshals Service Process Receipt and Return form (USM-285) for Defendant using the address identified above and to deliver to the Marshals Service all documents necessary to effect service. To the extent necessary, the Clerk of Court shall also issue a new summons for Defendant.

The U.S. Marshals Service is directed to attempt service of the summons and Complaint on Defendant at the above address.

Because Plaintiff is "entitled to rely on the Marshals Service to effect service" while proceeding *in forma pauperis*, *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013), the time to serve Defendant under Federal Rule of Civil Procedure 4(m) is extended to **90 days from the date of this Order**. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiffs responsibility to request an extension of time for service).

If the Marshals Service is unable to effect service at the address identified above, it shall return the process receipt indicating the result of the attempted service. The Court will then determine appropriate next steps.

Dated: September 29, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge